LELAND J. AIKEN
State Bar No. 114450
**AIKEN & JACOBSEN**
725 University Ave.
Sacramento, California  95825
Telephone: (916) 977-3998
Facsimile: (916) 977-3983

Attorneys for Plaintiff,
**GRISELDA VELASQUEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA VELASQUEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>       Defendants.<br>_____/ | NO.  2:09-CV-03268-MCE-JFM<br><br>**STIPULATION AND ORDER FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO** |

      This is a personal injury lawsuit originally filed in the Superior Court of California, County of Sacramento.  The matter was removed to the United States District Court, Eastern District of California, by defendants based on diversity of citizenship.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The parties herein, by and through their counsel of record, hereby stipulate to remand this case to the Superior Court of California, County of Sacramento.

DATED: January __, 2010        **AIKEN & JACOBSEN**

                               By: _____
                                   LELAND J. AIKEN
                                   Attorney for Plaintiff,
                                   **GRISELDA VELASQUEZ**

DATED: January __, 2010        **JENKINS, GOODMAN, NEUMAN,**
                                 **& HAMILTON**

                               By: _____
                                   ZACHARY S. TOLSON
                                   Attorney for Defendant,
                                   **HOME DEPOT U.S.A., INC.**

### ORDER

Based on the stipulation of the parties, the current circumstances of the case as reported, and good cause appearing, it is hereby ordered that this matter is remanded to the Superior Court of California, County of Sacramento.

DATED: January 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com